[No. 7352–8–II.   Division Two.   May 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
ROBERTO LOYA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83–1–00502–7, Robert L. Harris, J., entered
October 27, 1983. *Affirmed* by unpublished opinion per

Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.